# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| MARK KRAUTLE, | ) | CASE NO. 1:20-cv-01022 |
| | ) | |
| Plaintiff, | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| v. | ) | Magistrate Judge Stephanie K. |
| | ) | Bowman |
| SELECT SPECIALTY HOSPITAL - | ) | |
| CINCINNATI INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED NOTICE OF DISMISSAL

Now come Plaintiff Mark Krautle and Defendant Select Specialty Hospital - Cincinnati Inc. (collectively, "the Parties"), through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in this case, without prejudice.

Respectfully submitted,

/s/ Patricia A. Pryor
Patricia Anderson Pryor (0069545)
Alessandro Botta Blondet (0098955)
**JACKSON LEWIS LLP**
PNC Center
26th Floor
201 East Fifth Street
Cincinnati, OH 45202
513-898-0050
Fax: 513-898-0051
Email: patricia.pryor@jacksonlewis.com

*Attorneys for Defendant*

/s/ Matthew G. Bruce
Matthew G. Bruce (0083769)
Evan R. McFarland (0096953)
**THE SPITZ LAW FIRM, LLC**
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Email: matthew.bruce@spitzlawfirm.com

*Attorneys for Plaintiff*